UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAYMOND ERNST,

                                      **JUDGMENT**

                     Plaintiff,

                                    19 Civ. 11718 (CS)

    -against-

THE CITY OF YONKERS,
THE CITY OF YONKERS POLICE DEPARTMENT,
Police Officer BESS, Shield No. 1125, in his individual
and official capacity; Police Officer ACKER, Shield
No. 921, in his individual and official capacity;
Police Officers JOHN DOES (whose identities are
unknown but who are known to be police officers and/or
supervisory personnel of the Yonkers Police
Department), in their individual capacities,

                                  Defendants.
------------------------------------------------------------------X

        **WHEREAS**, plaintiff Raymond Ernst commenced this action by filing a complaint on or about January 28, 2020, alleging that defendants violated his federal civil rights; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on March 31, 2021,

        **WHEREAS**, on March 31, 2021, plaintiff accepted the Offer of Judgment, it is hereby,

        **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $32,500.00 in full satisfaction of all claims against the defendants herein, said $32,500.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made

for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
April 16, 2021

*Cathy Seibel*

HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE